RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Jatuan Speaks

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JATUAN SPEAKS,<br><br>                    Defendant. | Case No. 2:22-cr-00202-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jatuan Speaks, that the Revocation Hearing currently scheduled on January 23, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be in Trial during the currently scheduled hearing date.
2. The defendant is not in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Daniel Schiess<br>DANIEL SCHIESS<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JATUAN SPEAKS,<br><br>   Defendant. | Case No. 2:22-cr-00202-APG-EJY<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 23, 2023 at 10:30 a.m., be vacated and continued to February 21, 2023 at the hour of 10:00 a..m.; or to a time and date convenient to the court.

  DATED this 11th day of January, 2023.

                _____
                UNITED STATES DISTRICT JUDGE