RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Jatuan Speaks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JATUAN SPEAKS,<br><br>        Defendant. | Case No. 2:22-cr-00202-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jatuan Speaks, that the Revocation Hearing currently scheduled on February 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than May 8, 2023.

This Stipulation is entered into for the following reasons:

1.    Mr. Speaks entered inpatient treatment at Westcare Harris Springs Ranch on February 7, 2023. His anticipated discharge date is May 8, 2023.

2.    The defendant is not in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 16th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Daniel Schiess<br>DANIEL SCHIESS<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JATUAN SPEAKS,<br><br>Defendant. | Case No. 2:22-cr-00202-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 22, 2023 at 2:00 p.m., be vacated and continued to June 14, 2023 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 19th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE