RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org
Attorney for Jatuan Speaks

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JATUAN SPEAKS,<br><br>        Defendant. | Case No. 2:22-cr-00202-APG-EJY<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jatuan Speaks, that the Status Conference Hearing currently scheduled on January 7, 2025 at 10:00 a.m., be vacated and continued to January 14, 2025 at 9:30 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict on the scheduled hearing date.
2. The defendant is not in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1 | This is the first request for a continuance of the Status Conference hearing.

2 | DATED this 2nd day of January 2025.

| RENE L. VALLADARES | JASON M. FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| */s/ Keisha K. Matthews* | */s/ Daniel Schiess* |
| By_____ | By_____ |
| KEISHA K. MATTHEWS | DANIEL SCHIESS |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JATUAN SPEAKS,<br><br>     Defendant. | Case No. 2:22-cr-00202-APG-EJY<br><br>**ORDER** |

IT IS ORDERED that the Status Conference hearing currently scheduled for Tuesday, January 7, 2025, at 10:00 a.m., be vacated and continued to January 14, 2025, at the hour of 9:30 a.m.

DATED this 2nd day of January 2025.

_____
UNITED STATES DISTRICT JUDGE

3