# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00202-APG-EJY |
| Plaintiff, | |
| v. | **Order Terminating Supervised Release** |
| JATUAN SPEAKS, | |
| Defendant | |

I HEREBY ORDER that Jatuan Speaks' supervised release is terminated immediately.

DATED this 14th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE